Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

## (July 11, 1961)

In the Matter of IRVING M. GETNICK, Respondent, v. JOSEPH G. LEASE, Appellant.— Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

MAURICE S. LILLIEN, Appellant, v. PAUL F. DYER, Also Known as PAUL F. DWYER, Respondent.— Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD C. CURRY, Appellant.— Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

(A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH EDWIN HARRIS, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERNDON SHAW and GRADY SMITH, Appellants. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN TAYLOR, Appellant.—

Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOSEPH KASULKA, Defendant.— Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.